CHARLES STROBEL, JR., ET. AL. *v.* PRISCILLA LOZADA
ET AL.

WILLIAM BALLARD ET AL. *v.* PRISCILLA LOZADA ET AL.

The defendants' motion for permission to incorporate common facts, issues and arguments by reference to their briefs in the appeal from the Superior Court in Fairfield County is granted by the court.

*Wesley W. Horton* and *Hadleigh H. Howd,* in support of the motion.

Submitted July 19—decided July 25, 1978

DONALD S. FARRINGTON ET AL. *v.* NOANK FIRE
DISTRICT ZONING BOARD OF APPEALS
OF THE TOWN OF GROTON

The plaintiffs' petition for certification for appeal from the Court of Common Pleas in New London County is granted by the court.

*Charles M. Tighe,* in support of the petition.

*Peter J. Bartinik,* in opposition.